**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Maximiliano VALDOVINOS– ESPINOZA, Defendant– Appellant.**

**No. 10–10492.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 21, 2011.*

Filed Nov. 29, 2011.

Christina Marie Cabanillas, Assistant U.S. Attorney, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Myrna R. Beards, Tucson, AZ, for Defendant–Appellant.

Maximiliano Valdovinos–Espinoza, Pecos, TX, pro se.

Before: TASHIMA, BERZON, and TALLMAN, Circuit Judges.

*See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Maximiliano Valdovinos–Espinoza appeals from his guilty-plea conviction and 27–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Valdovinos–Espinoza's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Valdovinos–Espinoza with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.